1  KAREN P. HEWITT
   United States Attorney
2  Southern District of California
   BETH A. CLUKEY
3  Assistant U.S. Attorney
   California State Bar No. 228116
4  Office of the U.S. Attorney
   Federal Office Building
5  880 Front Street, Room 6293
   San Diego, California 92101-8893
6  Telephone: (619) 557-7184
   Email: beth.clukey@usdoj.gov
7
   Attorney for Defendant
8
                    UNITED STATES DISTRICT COURT
9                   SOUTHERN DISTRICT OF CALIFORNIA

10  Anthony Lindsey, an individual, and          )
    Josephine Lindsey, an individual,            )    Case No. 07cv0415-L(RBB)
11                                               )
            Plaintiffs,                          )
12                                               )    ORDER OF
        v.                                       )    SUBSTITUTION OF THE
13                                               )    UNITED STATES OF AMERICA
    Palomar Medical Center, a public entity,     )    AS DEFENDANT IN PLACE OF
14  part of Palomar Pomerado Health, a California)    NEIGHBORHOOD HEALTHCARE
    Health Care District; Parmjit Singh, M.D.,   )    AND PARMJIT SINGH, M.D.
15  Neighborhood Healthcare, a California        )
    non-profit corporation, and Does 1 through   )
16  100, inclusive,                              )
                                                 )
17          Defendants.                          )
                                                 )
18  _____  )

19          Upon review and consideration of the Notice of Substitution filed by the United States of

20  America, and it appearing to the Court that this is a common law tort action against defendants allegedly

21  arising, in part, out of certain actions of Parmjit Singh, M.D., certified by the Attorney General of the

22  United States to have been taken within the scope of their employment with Neighborhood Healthcare,

23  Neighborhood Healthcare being an entity deemed by the Secretary of Health and Human Services to be

24  a United States employee for purposes of the Federal Tort Claims Act and which, pursuant to the

25  certification of the Attorney General of the United States, is deemed to be an employee of the United

26  States for Federal Tort Claims Act purposes only for acts or omissions that occurred on or after March 1,

27  2003.

28  ///

1   **IT IS HEREBY ORDERED** that, pursuant to 28 U.S.C. § 2679(d) and 42 U.S.C. §§ (a) and

2   (g), the United States of America shall be substituted as the defendant herein in place of Neighborhood

3   Healthcare and Parmjit Singh, as to the claims raised in Plaintiffs' complaint, and that the title of the

4   action be amended accordingly to reflect the substitution.

5   **IT FURTHER IS ORDERED** that, as to Neighborhood Healthcare and Parmjit Singh, M.D.,

6   this action is dismissed with prejudice.

7   DATED: 3/8/07

8

9   _____
    Judge of the District Court

10

11  Presented by:

12  KAREN P. HEWITT
    United States Attorney

13

14  s/ Beth A. Clukey
    _____
    BETH A. CLUKEY

15  Assistant United States Attorney
    Email: Beth.Clukey@usdoj.gov

16
    Attorneys for Palomar Medical Center, et al.

17

18

19

20

21

22

23

24

25

26

27

28