| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8 | KAREN P. HEWITT<br>United States Attorney<br>Southern District of California<br>BETH A. CLUKEY<br>Assistant U.S. Attorney<br>California State Bar No. 228116<br>Office of the U.S. Attorney<br>Federal Office Building<br>880 Front Street, Room 6293<br>San Diego, California 92101-8893<br>Telephone: (619) 557-7184<br>Email: beth.clukey@usdoj.gov<br><br>Attorney for Defendant |

UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Anthony Lindsey, an individual, and<br>Josephine Lindsey, an individual,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>Palomar Medical Center, a public entity,<br>part of Palomar Pomerado Health, a California<br>Health Care District; Parmjit Singh, M.D.,<br>Neighborhood Healthcare, a California<br>non-profit corporation, and Does 1 through<br>100, inclusive,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 07cv0415-L(RBB)<br><br>ORDER OF<br>SUBSTITUTION OF THE<br>UNITED STATES OF AMERICA<br>AS DEFENDANT IN PLACE OF<br>NEIGHBORHOOD HEALTHCARE<br>AND PARMJIT SINGH, M.D. |

　　　　Upon review and consideration of the Notice of Substitution filed by the United States of America, and it appearing to the Court that this is a common law tort action against defendants allegedly arising, in part, out of certain actions of Parmjit Singh, M.D., certified by the Attorney General of the United States to have been taken within the scope of their employment with Neighborhood Healthcare, Neighborhood Healthcare being an entity deemed by the Secretary of Health and Human Services to be a United States employee for purposes of the Federal Tort Claims Act and which, pursuant to the certification of the Attorney General of the United States, is deemed to be an employee of the United States for Federal Tort Claims Act purposes only for acts or omissions that occurred on or after March 1, 2003.

///

1    **IT IS HEREBY ORDERED** that, pursuant to 28 U.S.C. § 2679(d) and 42 U.S.C. §§ (a) and (g), the United States of America shall be substituted as the defendant herein in place of Neighborhood Healthcare and Parmjit Singh, as to the claims raised in Plaintiffs' complaint, and that the title of the action be amended accordingly to reflect the substitution.

   **IT FURTHER IS ORDERED** that, as to Neighborhood Healthcare and Parmjit Singh, M.D., this action is dismissed with prejudice.

DATED: 3/8/07

_____
Judge of the District Court

Presented by:

KAREN P. HEWITT
United States Attorney

s/ Beth A. Clukey
BETH A. CLUKEY
Assistant United States Attorney
Email: Beth.Clukey@usdoj.gov

Attorneys for Palomar Medical Center, et al.