UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY LINDSEY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> PALOMAR MEDICAL CENTER, *et al.*, <br><br> Defendants. | Civil No. 07cv415-L(RBB) <br><br> **ORDER GRANTING MOTION TO DISMISS AS TO THE UNITED STATES AND REMANDING TO STATE COURT AS TO REMAINING CLAIMS** |

     This medical malpractice action was initially filed in San Diego County Superior Court against Defendants Palomar Medical Center, Parmjit Singh, M.D. and Neighborhood Healthcare. The case was removed to this court pursuant to 28 U.S.C. § 2679(d)(2) as deemed to have been brought against the United States under the Federal Tort Claims Act ("FTCA"), as well as pursuant to the Federally Supported Health Centers Assistance Act, 42 U.S.C. § 233(c). Upon removal, the United States substituted into the case in place of Defendants Parmjit Singh, M.D. and Neighborhood Healthcare because Dr. Singh was employed by Neighborhood Healthcare, an entity deemed by the Secretary of Health and Human Services to be a United States employee for purposes of the FTCA. Shortly thereafter, the United States filed a motion to dismiss for failure to exhaust administrative remedies as required by the FTCA. Plaintiffs filed a notice of non-opposition. Accordingly, the motion of the United States to dismiss is **GRANTED** as

/ / / / /

1  unopposed, and all claims asserted in this action against the United States are **DISMISSED**
2  **WITHOUT PREJUDICE**.
3      Upon dismissal of the United States, remaining in the case are California tort law claims
4  against Palomar Medical Center for medical malpractice and loss of consortium.  Having
5  dismissed all claims over which this court has original jurisdiction, the court may decline to
6  continue to exercise supplemental jurisdiction over the remaining state law claims.  28 U.S.C.
7  §1367(c)(3).  Upon consideration of "[t]he values of economy, convenience, fairness, and
8  comity," *see Executive Software N. Am., Inc. v. U.S. Dist. Ct. (Page)*, 24 F.3d 1545, 1557 (9th
9  Cir. 1994), the court finds they do not support continuing supplemental jurisdiction.  The
10 remaining claims are therefore **REMANDED** to San Diego County Superior Court.
11     **IT IS SO ORDERED**.
12
13 DATED: January 25, 2008
14
15                                                   M. James Lorenz
                                                United States District Court Judge
16 COPY TO:

17 RUBEN B. BROOKS
   UNITED STATES MAGISTRATE JUDGE
18 ALL PARTIES/COUNSEL
19
20
21
22
23
24
25
26
27
28